Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT

for the

District of Arizona

_____ Division

FILED _____ LODGED
RECEIVED _____ COPY

JUL 0 9 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

CV-21-1189-PHX-CDB

|  |  |
|---|---|
| Roxanne Bowens- Mosley | ) |
| Plaintiff(s) | ) |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |
| -v- | ) |
| Capital One Auto Refinance | ) |
| Defendant(s) | ) |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | ) |

Case No. _____

(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☑ Yes  ☐ No

## COMPLAINT FOR A CIVIL CASE

I.   **The Parties to This Complaint**

    A.   **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Roxanne Marie Bowens - Mosley |
| Street Address | 17899 W Sandalwood Dr. |
| City and County | Goodyear |
| State and Zip Code | AZ 85338 |
| Telephone Number | 602-737-5379 |
| E-mail Address | Roxanne Mosley9@Gmail.com |

    B.   **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1

    Name                     Capital One

    Job or Title *(if known)*     Auto Refinance

    Street Address         P. O. Box 4079 ~~Carol~~

    City and County       Carol Stream

    State and Zip Code     IL - 60197

    Telephone Number     800 - 946 - 0332

    E-mail Address *(if known)*

Defendant No. 2

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 3

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

Defendant No. 4

    Name

    Job or Title *(if known)*

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address *(if known)*

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☑ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.     If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

### B.     If the Basis for Jurisdiction Is Diversity of Citizenship

1.     The Plaintiff(s)

a.     If the plaintiff is an individual

The plaintiff, *(name)* Roxanne M Bevens-Wesley is a citizen of the State of *(name)* Arizona .

b.     If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.     The Defendant(s)

a.     If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

     b.    If the defendant is a corporation

          The defendant, *(name)* Capital One , is incorporated under

          the laws of the State of *(name)* Carol Stream, IL , and has its

          principal place of business in the State of *(name)* Salt Lake City Ut 84130

          Or is incorporated under the laws of *(foreign nation)* _____ ,

          and has its principal place of business in *(name)* _____ .

        *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    3.    The Amount in Controversy

        The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

        20,000.00

## III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Stole the title to my Car

## IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

the Defendant Payed off the Remaining Balance to my Car with out Receiveing Power of Attorney with me Signing it.

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   7-9-2021

Signature of Plaintiff

Printed Name of Plaintiff   Roxanne M Bowers - Mosley

### B.    For Attorneys

Date of signing:   N/A

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address



P.O. Box 30285
Salt Lake City, UT 84130-0285
1.800.219.7935

June 10, 2021

ROXANNE M BOWENS
17899 W SANDALWOOD DR
GOODYEAR, AZ 85338

Information about your account ending in 6611
Creditor: Capital One Bank (USA), N.A.

Dear ROXANNE M BOWENS,

You recently requested a credit line increase for your Capital One® account. Unfortunately, your account isn't eligible right now. We know this isn't the answer you were hoping for and we want to help you understand why:

- Recent use of this account's existing credit line has been too low

In case you need a little more clarity, we've included some additional information on a separate page. You'll see FAQs, common reasons that requests for credit line increases are declined, and useful suggestions on what you can do next. We hope you find this information helpful. If you have other questions, go to https://www.capitalone.com/credit-cards/credit-line-increase/.

Sincerely,

Capital One Customer Care Team

**Please see reverse side for important information and disclosures.**

© 2021 Capital One. Capital One is a federally registered service mark. All rights reserved.

**From:** Capital One
**Sent:** Tuesday, June 8, 2021 8:54 AM
**To:** ROXANNEMOSLEY9@gmail.com
**Subject:** Congrats, Roxanne! If approved, your APR is 8.49%--guaranteed.

 | Auto Refinance                                                Sign In

# 8.49% APR



This annual percentage rate (APR) was calculated just for you. If you're approved for auto refinancing, it's yours, guaranteed. To take advantage of your offer, **enter your access code before you begin your application:**

62950205

It won't hurt your credit score to see what you could save with your guaranteed rate offer.

Get Offer Details

P3

**From:** Capital One
**Sent:** Tuesday, June 8, 2021 3:47 PM
**To:** roxannemosley9@gmail.com
**Subject:** Roxanne, thanks for signing your contract

 | Auto Refinance                                    <u>Sign In</u>

Auto Refinance Reference Number: 208040068

  

**Transfer
Loan**

# Thank you for signing your contract!

Roxanne,

Here's a recap of the offer you chose:

## $284.23
MONTHLY PAYMENT

## 8.45%
APR

## 31
TERM (MONTHS)

Please note: Your payment may change slightly based on your verified remaining loan balance, but your APR and term will stay the same.

**From:** Stephanie Gannon
**Sent:** Thursday, December 31, 2020 7:56 AM
**To:** roxannemosley9@gmail.com
**Subject:** HotFoot Start date info

Good morning Roxanne,

I just wanted to touch base with you in regard to your start date for Monday, January 4th. You will be reporting to Joseph Wagner and your shift hours are going to be 6am-6pm.

Please feel free to reach out to me if you have any questions!

Happy New Year!

**Stephanie Gannon**
Recruiter

Direct: 480-633-3392 Ext. 115 | Mobile: 480-339-0824
7776 S. Pointe Parkway W., Suite 143, Phoenix, AZ 85044
Hotfootrecruiters.com | Facebook | LinkedIn



**From:** Capital One
**Sent:** Tuesday, June 8, 2021 4:12 PM
**To:** roxannemosley9@gmail.com
**Subject:** Roxanne, here's some important information about your application for auto refinance



# We need additional information
## to process your loan application.

**AUTO REFINANCE**
Reference number: 208040068

Roxanne,

We're excited to get moving on your offer! Before we can do that, you'll need to sign your contract. You can eSign it, or mail a signed contract to the address provided at the bottom of this email.

In order to finalize your application, we need some additional information from you.

**Current lender information:** Give us the name of your current lender and your loan account number with that lender.

**Current employment information:** Provide the name of your current employer and your job title.

You can enter your information or upload documents online by signing in to your account. If you prefer to fax your documents, please send them to 1-800-390-5145, and be sure to include your reference number. Do not reply to this email.

**Please note: If we have not received the necessary information before your application expires on July 09, 2021, no further consideration will be given to your application.**



 

AUTO LOAN

# Account Details

## Loan Details

| | |
|---|---|
| Account Number | 6208811003974 |
| Original Loan Amount | $7,794.68 |
| Open Date | June 9, 2021 |
| Loan Term | 31 Month |
| Maturity Date | January 2, 2024 |
| Application ID | 208040068 |
| Original APR | 8.45% |
| Current APR | 8.45% |
| Borrower | ROXANNE BOWENS |

## Balance & Payments Details

| | |
|---|---|
| Monthly Payment | $280.30 |
| Due Date | 3rd of the Month |
| Grace Period | 7 Days After Due Date |
| 10-Day Payoff Quote | $7,863.24 |
| Today's Payoff Amount | $7,845.20 |
| Total Principal Paid | $0.00 |
| Total Interest Paid | $0.00 |
| Interest Paid YTD | $0.00 |
| Interest Paid in Previous Year | $0.00 |
| Principal Balance | $7,794.68 |

## Vehicle Details

Vehicle Type                                           14 KIA SOUL

VIN                                              KNDJN2A29E7722809

## PRODUCTS

> ABOUT US

## CAREERS

> LEGAL

HELP

CONTACT US

PRIVACY

SECURITY

TERMS & CONDITIONS

ACCESSIBILITY

FEEDBACK

2019 CYBER INCIDENT

Products and services provided by the Capital One family of companies, including Capital One Bank (USA), N.A. and Capital One, N.A., Members FDIC. Deposit products are insured to current FDIC limits.



 **Gmail**

Roxanne Mosley <roxannemosley9@gmail.com>

---

## A new document is waiting for you online
1 message

---

**Capital One** <capitalone@notification.capitalone.com>   Thu, Jun 10, 2021 at 4:32 PM
To: roxannemosley9@gmail.com

---

             Sign In

A new document for your account is available.

About your account ending in 2224

Roxanne Bowens,

There's a new document available online for your Capital One® account. <u>Just sign in to review it.</u>

View Document

---

Simple. Flexible. Mobile.
<u>Download the secure Capital One Mobile app.</u>

---

**Important Information from Capital One**

<u>Contact Us</u> | <u>Privacy</u> | <u>Help Prevent Fraud</u>

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to roxannemosley9@gmail.com and contains information directly related to your account with us, other services to which you have subscribed and/or any application you may have submitted.

The site may be unavailable during normal maintenance or due to unforeseen circumstances. <u>Please visit our Set Alerts page</u> to modify your alerts subscription preferences.

Please do not reply to this message, as this email inbox is not monitored. <u>To contact us, visit www.capitalone.com/contact.</u>

Products and services offered by the Capital One family of companies, including Capital One Bank (USA), N.A., and Capital One, N.A., Members FDIC.

© 2018 Capital One. Capital One is a federally registered service mark.

OLCLTR 10033 53565 C





Roxanne Mosley <roxannemosley9@gmail.com>

---

# A new document is waiting for you online
1 message

**Capital One** <capitalone@notification.capitalone.com>      Fri, Jun 11, 2021 at 3:25 PM
To: roxannemosley9@gmail.com

---



<u>Sign In</u>

A new document for your account is available.

About your account ending in 6611

Roxanne Bowens,

There's a new document available online for your Capital One® account. <u>Just sign in to review it.</u>

View Document

Simple. Flexible. Mobile.
<u>Download the secure Capital One Mobile app.</u>

---

**Important Information from Capital One**

<u>Contact Us</u> | <u>Privacy</u> | <u>Help Prevent Fraud</u>

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to roxannemosley9@gmail.com and contains information directly related to your account with us, other services to which you have subscribed and/or any application you may have submitted.

The site may be unavailable during normal maintenance or due to unforeseen circumstances. <u>Please visit our Set Alerts page</u> to modify your alerts subscription preferences.

Please do not reply to this message, as this email inbox is not monitored. <u>To contact us, visit www.capitalone.com/contact.</u>

Products and services offered by the Capital One family of companies, including Capital One Bank (USA), N.A., and Capital One, N.A., Members FDIC.

© 2018 Capital One. Capital One is a federally registered service mark.

OLCLTR 10033 53565 C



**From:** Capital One
**Sent:** Sunday, June 13, 2021 6:05 AM
**To:** roxannemosley9@gmail.com
**Subject:** You've enrolled your auto account for online banking



<u>Sign In</u>

## You're now enrolled!

Roxanne,

Congrats! You've successfully enrolled your auto account ending in 3974 for Capital One® online banking and can now <u>manage your account(s) anytime</u> from your computer, mobile device or tablet.

For even more access, <u>get our mobile app</u> and manage your Capital One auto account on the go.

Managing your account online lets you

- Access your account 24/7.
- Set up online payments.
- View up-to-date balance and transaction information.
- Monitor your loan progress.
- Stay informed with alerts and reminders.



<u>Download the Capital One Mobile app</u> for banking where you need it, when you need it. **Did you know?** When you pay matters. Because interest accrues daily, when you make your payment really makes a difference. A general rule for saving money on a loan is the faster you pay down the total amount you owe, the less interest you'll pay. <u>Learn more about the basics of simple interest financing.</u>



 Gmail

Roxanne Mosley <roxannemosley9@gmail.com>

---

**Your Capital One account needs your attention**
1 message

---

**Capital One** <capitalone@notification.capitalone.com>    Wed, Jun 16, 2021 at 3:18 PM
To: roxannemosley9@gmail.com

---

                                          Sign In

   Sign in and complete
the refinance process.

Re: Your account ending in 3974

ROXANNE BOWENS,

Congrats on refinancing your vehicle with Capital One. Currently, your account is
missing some important documents.

Check out your title tracker to fill out some important documents that we still need
to complete your title update. Here you can download blank versions of the missing
forms, quickly fill them out and send them right back to us. If this isn't completed
now, you may experience problems with your auto loan in the future.

Documents Required

★   Required
    ROXANNE BOWENS's
    Notarized Limited
    Power of Attorney

★   Required
    Vehicle Title from
    Previous Lender

◄                                                    ►

Make sure to mail your documents to:

Capital One Auto Finance
PO Box 4079
Carol Stream, IL 60197
Attn: Refinance Lien Perfection

Sign in to view your title tracker. **Check out the snapshot above to see what
forms we currently have from you.**

Visit Your Title Tracker

Thanks for choosing Capital One.

   Download the mobile app.              

**Important Information from Capital One**

Contact Us  |  Privacy  |  Help Prevent Fraud

To ensure delivery, add capitalone@notification.capitalone.com to your address book.

This email was sent to roxannemosley9@gmail.com and contains information directly related to your account with us, other services
to which you have subscribed, and/or any application you may have submitted.

Web access is needed to use mobile banking. Check with your service provider for details of specific fees and charges.



**From:** noreply@speedpay.com
**Sent:** Saturday, July 3, 2021 7:11 PM
**To:** roxannemosley9@gmail.com
**Subject:** Santander Consumer USA Payment - Your Recurring Schedule Has Been Cancelled

Dear ROXANNE BOWENS,

Your payment due on 07/03/2021 to Santander Consumer USA Account Number 0020910592 could not be processed.  Your schedule has been cancelled.

Please contact Customer Service at (888)-222-4227 to make other payment arrangements.

Your Customer Service Representative

Please note:  This email message was sent from a notification-only address that cannot accept incoming email.  Please do not reply to this message.

ROXANNE MARIE BOWENS – MOSLEY

17899 W SANDALWOOD DRIVE

GOODYEAR AZ 85338

ACCOUNT NUMBER 6208811003974


ON SUNDAY JUNE 6TH I HAVE APPLIED FOR AN INCREASE ON ONE OF MY CAPITAL ONE

CREDIT CARDS. I WAS DENIED THE INCRAESE SO I APPLIED FOR A REFINANCE TO SEE WHAT

WAS WRONG WITH MY CREDIT AS YOU CAN SEE THEIR WAS NOTHING WORNG IT BECAUSE

THEY APPROVE ME. ON THE TENTH OF JUNE 2021, I CALLED TO CANCLE THE

TRANSTRATION AND IT WAS PUT IN MY FILE. AGAIN, ON JUNE THE TENTH I RECEIVED AND

EMAIL STATEING THAT WAS A NEW ACCOUNT OPEN I THEN VIEWED IT AND AGAIN MADE A

CALL TO CAPITAL ONE TO CANCLE THE TRANSTRATION AND THEIR COUSTOMER SERVICE

ASURE ME THAT THE AUTO LOAN WAS CANCLE. ON JUNE 11TH 2021 I RECEIVED ANOTHER

EMAIL FROM ONE OF MY ACCOUNTS STATEING THAT THEIR WAS NOW DOCUMENT

AVAILABLE ON MY ACCOUNT I ONCE AGAIN CALLED CAPITAL ONE THEY INSURE ME THAT

THE LOAN WAS CLOSED. I THEN RECEIVED ANOTHER EMAIL FROM CAPITAL ONE STATEING

THAT I HAVE ENROLLED MY AUTO IN ACCOUNT AND I SAID HOW CAN THAT BE WHEN THE

ACCOUNT IS CLOSED. ON JUNE 14TH 2021 ONE OF CAPITAL ONE EMPLOYEE PHONED ME AND

ASK FOR THE TITLE AND THE SIGN POWER OF ATTONERY I LET HER KNOW THAT I WAS NOT

GOING TO GIVE HER THE TITLE TO MY CAR OR SIGN THE POWER OF ATTONERY OVER TO

THEM I DID NOT WANT TO DO BUSINESS WITH THEM IN THE AUTO DEPARTMENT ONCE

AGAIN I RECEIVE AND EMAIL FROM CAPITAL ONE CONGRATULATION ME ON MY AUTO

REFINANCING NOW I THINGING HOW CAN THIS BE WHEN THE ACCOUNT WAS CANCLE DAY

AGO. ON JULY 3RD I RECEIVE AN EMAIL FROM MY PREVIOUS AUTO LENDER SANTANDER

CONSUMER THAT THE AUTOMATIC PAYMENT THAT I SET UP WITH THE WAS CANCLE.

CAPITAL ONE HAVE DISREGARD ALL THE ATEMPS OF ME TRYING TO CLOSE THIS AUTO

LOAN AND SEND MY PREVIOUS AUTO LOAN PROVIDER THE BALANCE REMAINDING ON MY

CAR. I AM SEWING CAPITAL ONE DUE TO THE FACT THAT I NEVER SIGNED THE POWER OF

ATTONERY OVER TO THEM, NOW THEY HAVE THE TITLE TO MY CAR. AND DO NOT WANT

TO DO BUSINESS. I AM FILEING THIS LAW SUITE BECAUSE THEY ILLEAGALEY UPTAIN MY

CAR TITLE WITH OUT ME SINGING THE POWER OF ATTONERY OVER TO THEM. I AM ASKING

FOR 20,000.00 DOLLARES TO UPTAIN ANOTHER CAR AND THAT IS THE PRICE OF MY CAR

WHEN I BROUTHT IT. AFTER I RECEIVE PAYMENT FOR IT THE CAN SEND SOME ONE TO PICK

THIS ONE UP AND RESELL IT.


SINCERALY YOUR

ROXANNE MARIE BOWENS – MOSLEY

ROXANNE MARIE BOWENS-MOSLEY
17899 W SANDAWOOD DRIVE
GOODYEAR AZ. 85338
ACOUNT # 6028811003974
602-737-5379

ON 07-07-2021 - I AM WRITING YOU THIS LETTER
TO INFORMAN YOU THAT I AM FILING A LAW
SUITE AGENTEST CAPITAL ONE AUTO
REFINANCEING. YOU HAVE FILEULATED THE
AGREEMENT STATE LAW SAY'S THAT YOU MUST
RECEIVE ALL LEGAL DOUCMENTS BEFORE YOU
DISBUREST ANY FUNDS AND THAT WAS NOT DONE
BUY YOUR EMPLOYEES. I AM INFORMATION YOU
THE I WILL BE SENDING YOU LEGAL DOUCTAMETS
TO APPREAR IN COURT.

SINCERELY YOURS
ROXANNE MARIE BOWENS - MOSLEY